FILED
2024 Sep-11  PM 05:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

From: Sarah Stokes
Sent: Friday, August 30, 2024 4:44 PM
To: james.seal@bluestone-coal.com
Cc: Ryan Anderson <randerson@selcal.org>; Eva Dillard <edillard@blackwarriorriver.org>; Jenny Camp <jcamp@selcal.org>
Subject: FW: Invoice needed for attorney's fees for federal court case

James,

Attached, please find the requested invoice. We will get back to you next week about potential deposition and mediation dates.

Sarah


Sarah Stokes
Senior Attorney

Southern Environmental Law Center
2829 2nd Avenue South, Suite 282
Birmingham, AL 35233

(205) 745-3060
www.southernenvironment.org



2829 2nd Avenue South, Suite 282  
Birmingham, AL 35233

Telephone 205-745-3060  
Facsimile 205-745-3064

# INVOICE

INVOICE # : 20  
DATE: AUGUST 30, 2024

**TO:**  
Bluestone Resources, Inc.  
c/o James V. Seal  
3500 35th Ave North  
Birmingham, AL 35207  
Phone: 540-759-2621  
james.seal@bluestone-coal.com

| ATTORNEY | HOURS | RATE PER HOUR | TOTAL |
|---|---|---|---|
| Sarah Stokes, Senior Attorney | 27.0 | $300.00 | $8,100.00 |
| Ryan Anderson, Associate Attorney | 34.4 | $150.00 | $5,160.00 |
| | | **TOTAL DUE** | **$13,260.00** |

Make all checks payable to Southern Environmental Law Center.  
Please send your payment with a copy of this invoice to:  
Southern Environmental Law Center  
c/o Gayle Davis  
120 Garrett Street, Suite 400  
Charlottesville, VA 22902.

If you have any questions concerning this invoice, contact Sarah Stokes, sstokes@selcal.org.

Thank you!