**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BLACK WARRIOR RIVERKEEPER, INC., et al.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:23-cv-01211-RDP** |
| | ) | |
| **BLUESTONE COKE, LLC, JAY JUSTICE, AND DON WIGGINS,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | | |

**JOINT REPORT TO THE COURT**

In a text order on September 12, 2024, the Court ordered the parties to submit a joint status report regarding their mediation efforts and the result of the mediation. Doc. 56. The parties engaged in mediation before Judge Ott on October 25, 2024. Mediation is ongoing between the parties and some progress has been made. The parties are also continuing to engage in discovery.

Respectfully submitted this 28th day of October, 2024,

s/Sarah Stokes
ASB-1385-A55S
Ryan Anderson
ASB-7600-M22Y
Attorneys for Plaintiffs
Southern Environmental Law
Center
2829 Second Ave. S., Ste. 282
Birmingham, AL 35233
tel: (205) 745-3060
sstokes@selcal.org
randerson@selcal.org

s/Eva L. Dillard
ASB-4118-A59E

Attorney for Plaintiff
Black Warrior Riverkeeper, Inc.
710 37th Street South
Birmingham, AL 35222-3206
(205) 458-0095
edillard@blackwarriorriver.org

/s/ James V. Seal
ALSB No. 5376-E60S
Bluestone Resources, Inc.
302 S. Jefferson St.
Roanoke, VA 24011
Phone: (540) 759-2621

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 28, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

s/Sarah Stokes
Sarah Stokes
*One of the Attorneys for Plaintiffs*
