FILED
2025 Jan-17 PM 02:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| BLACK WARRIOR RIVERKEEPER, INC., GASP,<br><br>    Plaintiffs,<br><br>v.<br><br>BLUESTONE COKE, LLC, JAY JUSTICE, AND DON WIGGINS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 2:23-cv-01211-RDP<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT REPORT TO THE COURT**

On December 20, 2024, this Court ordered the parties in the above-captioned litigation to submit a joint status report "regarding the status of this litigation and their mediation efforts." Doc. 62. The parties hereby submit this report in accordance with that order.

**I.    Mediation**

On October 25, 2024, the parties held a mediation conference with Judge John Ott. As a result of that conference, the parties agreed to a phased mediation approach, where the first phase would consist of a study—funded by Defendants—to determine potential remedies at the site. In that agreement, the parties agreed Defendants' consultant, Terracon, will write a Corrective Measures Study to evaluate different alternatives to remediate contaminated media. Plaintiffs' consultant, Aquilogic, will oversee this process and provide input. Defendants paid $50,000 to Plaintiff Black Warrior Riverkeeper, through an escrow account, to cover the costs of Plaintiffs' consultant.

On January 14, 2025, a site visit took place to allow Aquilogic to evaluate the site. Present at the site visit for Plaintiffs were Plaintiffs' counsel Sarah Stokes, Ryan Anderson, Eva Dillard,

and representative of Black Warrior Riverkeeper, Nelson Brooke. Additionally, Plaintiffs' consultants Anthony Brown and Wade Major of Aquilogic were present. Defendant Don Wiggins was present along with Defendants' consultants from Terracon, Terry Rippstein and Chris Leisering. Mediator Judge John Ott was also present for portions of the site visit. All parties toured the site, evaluating the Biological Treatment Facility, Final Pond, Unnamed Tributary, processing areas, and stormwater drainage areas. Parties took split samples of various surface waters throughout the site. Additionally, the parties held a debrief with the same representatives present on January 15, 2025. The parties defined the problems at the site and discussed potential solutions.

Going forward, Aquilogic will prepare a Preliminary Draft Scoping Document by January 21, 2025, to identify further studies needed to prepare a solution. Terracon will review this document and then prepare a cost estimate for those studies. Once those studies are completed, Terracon and Aquilogic will proceed to prepare a report identifying a proposed solution. The parties' counsel continue to have bi-weekly scheduled status updates with Judge John Ott.

## II.    Litigation

In accordance with this Court's order on Plaintiffs' motion to compel, Defendants provided Plaintiffs with certain documents and provided deposition dates for three depositions: Bluestone's 30(b)(6) representative, Don Wiggins, Steven Ball, and Jay Justice. Those depositions were held November 14, 15, and 18. However, three discovery requests remain outstanding. On October 29, 2024, Plaintiffs requested that Defendants supplement their first response by providing certain financial documents that were produced to the Environmental Protection Agency in a pending administrative enforcement action under the Resource Conservation and Recovery Act seeking financial assurance from Defendant Bluestone Coke. On November 5, 2024, Plaintiffs requested a supplement to Defendants' first response with all communications from Jay Justice because they

only received 8 emails from and 32 emails to Jay Justice. This is inconsistent with deposition testimony given in this case. Last, Plaintiffs issued a second set of Interrogatories and Requests for Production related to how Defendants plan to fund a remedy in this case on November 5, 2024. Thus, the pending supplements are now nine months past due; the second set of discovery requests are now one month past due. Plaintiffs therefore request a discovery conference with this Court.

Respectfully submitted this 17th day of January 2025,

s/Sarah Stokes
ASB-1385-A55S
Ryan Anderson
ASB-7600-M22Y
Attorneys for Plaintiffs
Southern Environmental Law Center
2829 Second Ave. S., Ste. 282
Birmingham, AL 35233
(205) 745-3060
sstokes@selcal.org
randerson@selcal.org

s/Eva L. Dillard
ASB-4118-A59E
Attorney for Plaintiff
Black Warrior Riverkeeper, Inc.
710 37th Street South
Birmingham, AL 35222-3206
(205) 458-0095
edillard@blackwarriorriver.org

s/James V. Seal
ALSB No. 5376-E60S
Bluestone Resources, Inc.
302 S. Jefferson St.
Roanoke, VA 24011
(540) 759-2621

## CERTIFICATE OF SERVICE

I hereby certify that, on January 17, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

s/Sarah Stokes
Sarah Stokes
One of the Attorneys for Plaintiffs
