**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BLACK WARRIOR RIVER-KEEPER, INC., et al.,** | } | |
| | } | |
| **Plaintiffs,** | } | |
| | } | |
| **v.** | } | **Case No.:  2:23-cv-01211-RDP** |
| | } | |
| **BLUESTONE COKE, LLC, et al.,** | } | |
| | } | |
| **Defendants.** | } | |

## <u>ORDER</u>

This matter is before the court on the Joint Status Report filed by the parties on January 17, 2025. (Doc. # 63). The Report was discussed during the status conference held on February 3, 2025.

As discussed during the conference, Defendants will provide to mediator Judge John Ott the financial documents that were produced to the Environmental Protection Agency and that Plaintiffs requested on October 29, 2024. Defendants **SHALL** provide these documents to Judge Ott on or before **February 17, 2025**. Additionally, Defendants **SHALL** preserve all communications from and to Defendant Jay Justice that were requested in Plaintiffs' request for production issued November 5, 2024.

**DONE** and **ORDERED** this February 4, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE