**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BLACK WARRIOR RIVERKEEPER, INC., GASP,** | ) ) ) | |
| **Plaintiffs,** | ) ) ) | |
| **v.** | ) ) ) | **Case No.: 2:23-cv-01211-RDP** |
| **BLUESTONE COKE, LLC, JAY JUSTICE, AND DON WIGGINS,** | ) ) ) ) | |
| **Defendants.** | ) | |

## JOINT STATUS REPORT TO THE COURT

On September 30, 2025 this Court ordered the parties in the above-captioned litigation to submit a joint status report "regarding the status of this litigation and their mediation efforts." Doc. 66. The parties hereby submit this report in accordance with that order.

### I.     Mediation

After the mediation conference with Judge John Ott in October of 2024, and a site visit with consultants and Judge Ott to Bluestone Coke in January of 2025, Plaintiff and Defendants' experts conferred. Together, they agreed upon two to three possible options to remedy the site. However, in order to determine a final remedy, more data about the site was needed.

Between March through October of 2025, Defendants' consultants conducted several scientific studies at the site in order to have the information necessary to determine whether the proffered remedies might work. Below is a list and schedule of studies that have been conducted.

**Bluestone Coke - Sampling Budget and Schedule**

| Description | Budget | Q1 | | Q2 | | | Q3 | | | Q4 | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | March | April | May | June | July | August | September | October | November | |
| Groundwater Sampling | $39,700 | | | | | $19,850 | $19,850 | | | | $39,700 |
| LIDAR | $12,100 | | | $12,100 | | | | | | | $12,100 |
| Bathymetry | $12,800 | | | $12,800 | | | | | | | $12,800 |
| Stormflow Measurements and Surface Water Sampling | $34,700 | | $11,567 | | $11,567 | | | | $11,567 | | $34,700 |
| Sediment Sampling and Sediment Settling Profiles | $13,450 | | | | | | | | $13,450 | | $13,450 |
| Preliminary Reporting and Meetings | $17,500 | $3,500 | | $3,500 | | $3,500 | | $3,500 | | $3,500 | $17,500 |
| TOTALS | $130,250 | $3,500 | $11,567 | $28,400 | $11,567 | $23,350 | $19,850 | $3,500 | $25,017 | $3,500 | $130,250 |
| QUARTERLY TOTALS | | $3,500 | | $51,533 | | | $46,700 | | $28,517 | | |

After all studies are complete by the end of October, the parties' consultants will meet in November to determine the final remedy and a schedule for implementation of that remedy. Defendants will continue to pay for Plaintiffs' consultants' expenses throughout this process.

Once a remedy is chosen, the parties are hopeful that the remedy should be able to be completed by 2026, and a settlement document will be signed outlining this remedy with additional measures including attorney fees.

The parties' attorneys have been meeting with Judge John Ott every Friday morning at 8:00 AM to report on the progress of the studies. Judge Ott has been instrumental in keeping the case moving.

## II.     Litigation

Per this Court's suggestion in chambers, this litigation is on hold while mediation efforts are underway. Per this Court's Order, Defendants have provided financial documents to Judge Ott that were produced to the Environmental Protection Agency. Doc. 65. Additionally, Defendants have preserved all communications from and to Defendant Jay Justice that were requested in Plaintiffs' request for production issued November 5, 2024, as requested by this Court. Doc. 65 Plaintiffs will seek this information if mediation fails.

Respectfully submitted this 10th day of October, 2025,

s/Sarah Stokes
ASB-1385-A55S
Ryan Anderson

ASB-7600-M22Y
Attorneys for Plaintiffs
Southern Environmental Law Center
2829 Second Ave. S., Ste. 282
Birmingham, AL 35233
(205) 745-3060
sstokes@selcal.org
randerson@selcal.org

s/Eva L. Dillard
ASB-4118-A59E
Attorney for Plaintiff
Black Warrior Riverkeeper, Inc.
710 37th Street South
Birmingham, AL 35222-3206
(205) 458-0095
edillard@blackwarriorriver.org

s/James V. Seal
ALSB No. 5376-E60S
Bluestone Resources, Inc.
302 S. Jefferson St.
Roanoke, VA 24011
(540) 759-2621

/s/ Steven Robert Ruby
Steven Robert Ruby
CAREY DOUGLAS KESSLER &
RUBY, PLLC
707 Virginia Street, #901
Charleston, WV 25301
 (304) 345-1234

3

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 10, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

s/Sarah Stokes
Sarah Stokes
One of the Attorneys for Plaintiffs
