**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BLACK WARRIOR RIVERKEEPER, INC.,** | ) | |
| **GASP,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:23-cv-01211-RDP** |
| | ) | |
| **BLUESTONE COKE, LLC, JAY JUSTICE,** | ) | |
| **AND DON WIGGINS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STATUS REPORT TO THE COURT**

On October 16, 2025, this Court ordered the parties in the above-captioned litigation to submit a joint status report "updating the court as to the status of this litigation and the ongoing mediation efforts." Doc. 68. The parties hereby submit this report in accordance with that order.

**I.      Mediation**

After the mediation conference with Judge John Ott in October of 2024, and a site visit with consultants and Judge Ott to Bluestone Coke in January of 2025, Plaintiff and Defendants' experts conferred. Together, they agreed upon two to three possible options to remedy the site. However, in order to determine a final remedy, more data about the site was needed. Between March through November, Defendants' consultants conducted several scientific studies at the site in order to have the information necessary to determine whether the proffered remedies might work. Defendants have paid and will continue to pay Plaintiffs' consultants' expenses throughout this process. Below is a list and schedule of studies that have been conducted.

**Bluestone Coke - Sampling Budget and Schedule**

| Description | Budget | Q1 March | April | Q2 May | June | Q3 July | August | September | Q4 October | November | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Groundwater Sampling | $39,700 | | | | | $19,850 | $19,850 | | | | $39,700 |
| LIDAR | $12,100 | | | $12,100 | | | | | | | $12,100 |
| Bathymetry | $12,800 | | | $12,800 | | | | | | | $12,800 |
| Stormflow Measurements and Surface Water Sampling | $34,700 | | $11,567 | | $11,567 | | | | $11,567 | | $34,700 |
| Sediment Sampling and Sediment Settling Profiles | $13,450 | | | | | | | | $13,450 | | $13,450 |
| Preliminary Reporting and Meetings | $17,500 | $3,500 | | $3,500 | | $3,500 | | $3,500 | | $3,500 | $17,500 |
| TOTALS | $130,250 | $3,500 | $11,567 | $28,400 | $11,567 | $23,350 | $19,850 | $3,500 | $25,017 | $3,500 | $130,250 |
| QUARTERLY TOTALS | | $3,500 | | $51,533 | | $46,700 | | | $28,517 | | |

Defendants have prepared a draft report which has been reviewed by Plaintiffs' consultants, however, selection of a remedy has been delayed due to the experts' inability to fully complete one of the key studies, the bathymetry study, to determine if the preferred remedy will be feasible. This was due to algae growth in what is referred to as the Final Pond, a large holding pond that is the final step in Bluestone's wastewater treatment process. Defendants' experts have moved forward with modeling however and will attempt to gather the missing data if that modeling reveals it is necessary to select a remedy.

The parties are hopeful that the remedy will be selected by the end of March, and a settlement document will be signed outlining this remedy with additional measures including attorney fees.

The parties' attorneys have been meeting with Judge John Ott every Friday morning at 8:00 AM to report on the progress of the studies. Judge Ott has been instrumental in keeping the case moving.

## II.      Litigation

Per this Court's suggestion in chambers, this litigation is on hold while mediation efforts are underway. Per this Court's Order, Defendants have provided financial documents to Judge Ott that were produced to the Environmental Protection Agency. Doc. 65. Additionally, Defendants have preserved all communications from and to Defendant Jay Justice that were requested in

Plaintiffs' request for production issued November 5, 2024, as requested by this Court. Doc. 65 Plaintiffs will seek this information if mediation fails.

Respectfully submitted this 2nd day of February, 2026,

<div style="margin-left:50%">

s/Sarah Stokes
ASB-1385-A55S
Ryan Anderson
ASB-7600-M22Y
Attorneys for Plaintiffs
Southern Environmental Law Center
2829 Second Ave. S., Ste. 282
Birmingham, AL 35233
(205) 745-3060
sstokes@selcal.org
randerson@selcal.org

s/Eva L. Dillard
ASB-4118-A59E
Attorney for Plaintiff
Black Warrior Riverkeeper, Inc.
710 37th Street South
Birmingham, AL 35222-3206
(205) 458-0095
edillard@blackwarriorriver.org

s/James V. Seal
ALSB No. 5376-E60S
Bluestone Resources, Inc.
302 S. Jefferson St.
Roanoke, VA 24011
(540) 759-2621

/s/ Steven Robert Ruby
Steven Robert Ruby
CAREY DOUGLAS KESSLER &
RUBY, PLLC
707 Virginia Street, #901
Charleston, WV 25301
 (304) 345-1234

</div>

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on February 2, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

<div align="right">

<u>s/Sarah Stokes</u>
Sarah Stokes
One of the Attorneys for Plaintiffs

</div>