**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| BLACK WARRIOR RIVERKEEPER, INC., GASP, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 2:23-cv-01211-RDP |
| BLUESTONE COKE, LLC, JAY JUSTICE, AND DON WIGGINS, | ) ) ) ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT TO THE COURT**

On February 2, 2026, this Court ordered the parties in the above-captioned litigation to submit a joint status report "updating the court as to the status of this litigation and the ongoing mediation efforts." Doc. 70. The parties hereby submit this report in accordance with that order.

## I.      Mediation

After nearly a year of performing various testing and studies on the site to identify a feasible remedy, the parties have conceptually identified a possible solution subject to engineering feasibility. Initially, Plaintiffs' consultants identified two possible options for a remedy: 1) excavation or 2) rerouting of the Eastern Drainage Ditch (referred to as the "Unnamed Tributary" by Plaintiffs) to the existing settling pond with spot excavation. Plaintiffs' consultants are now reviewing Defendants' studies to determine whether the rerouting option (along with spot excavation) will achieve sufficient removal of sediment to satisfactorily reduce discharges of coke, coal, slag, and other contaminants via stormwater discharge.

The next phase will be retaining a civil engineering design firm to determine the cost and feasibility of rerouting the Unnamed Tributary and other stormwater discharges. Defendants have already asked a civil engineering firm for a cost estimate for this work.

Once the parties review the cost and feasibility of the rerouting option, they can begin drafting a settlement document outlining this remedy (along with terms including attorneys' fees; compliance monitoring; and agreed measures to implement if the compliance monitoring shows that the remedy has not addressed Plaintiffs' claims). The parties' attorneys have been meeting with Judge John Ott every Friday morning at 8:00 AM to report on the progress of the studies. Judge Ott has been instrumental in keeping the case moving.

## I.  Litigation

Per this Court's suggestion in chambers, this litigation is on hold while mediation efforts are underway. Per this Court's Order, Defendants have provided financial documents to Judge Ott that were produced to the Environmental Protection Agency. Doc. 65. Additionally, Defendants have preserved all communications from and to Defendant Jay Justice that were requested in Plaintiffs' request for production issued November 5, 2024, as requested by this Court. Doc. 65 Plaintiffs will seek this information if mediation fails.

Respectfully submitted this 31st day of March, 2026,

<div style="margin-left:40%">

s/Sarah Stokes
ASB-1385-A55S
Ryan Anderson
ASB-7600-M22Y
Attorneys for Plaintiffs
Southern Environmental Law Center
2829 Second Ave. S., Ste. 282
Birmingham, AL 35233
(205) 745-3060
sstokes@selcal.org
randerson@selcal.org

</div>

s/Eva L. Dillard
ASB-4118-A59E
Attorney for Plaintiff
Black Warrior Riverkeeper, Inc.
710 37th Street South
Birmingham, AL 35222-3206
(205) 458-0095
edillard@blackwarriorriver.org

s/James V. Seal
ALSB No. 5376-E60S
Bluestone Resources, Inc.
302 S. Jefferson St.
Roanoke, VA 24011
(540) 759-2621

/s/ Steven Robert Ruby
Steven Robert Ruby
CAREY DOUGLAS KESSLER &
RUBY, PLLC
707 Virginia Street, #901
Charleston, WV 25301
(304) 345-1234

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 31, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

s/Sarah Stokes
Sarah Stokes
One of the Attorneys for Plaintiffs