FILED

2026 May-27  PM 12:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **BLACK WARRIOR RIVERKEEPER, INC.,** ) | |
| **GASP,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No.: 2:23-cv-01211-RDP** |
| ) | |
| **BLUESTONE COKE, LLC, JAY JUSTICE,** ) | |
| **AND DON WIGGINS,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STATUS REPORT TO THE COURT

On April 6, 2026, this Court ordered the parties in the above-captioned litigation to submit a joint status report "updating the court as to the status of this litigation, including their progress toward resolving this case." Doc. 73. The parties hereby submit this report in accordance with that order.

### I.      Mediation

Based on various completed studies this past year (bathymetry, LIDAR, sediment profiling, groundwater sampling, and stormflow measurements), the parties have identified a possible solution subject to engineering feasibility - rerouting of the Eastern "Unnamed Tributary" to the existing settling pond. Additionally, Defendants will excavate the coal fines in the Tributary and install berms in the pond.

Defendants have retained a civil engineering design firm, Gonzalez-Strength and Associates, to determine the cost and feasibility of completing this plan. Gonzalez plans on creating an initial report that is expected to be finished by mid-June. They will then discuss this report with Plaintiffs and Plaintiffs' consultants. Gonzalez is expected to finalize the report by mid-

July and then take 30 to 60 days to create construction designs (blueprints) for the drainage and berm project, which means they should be completed with these designs no later than mid-September.

A draft Consent Decree has been shared with Defendants that includes this solution and attorneys' fees; compliance monitoring; and agreed measures to implement if the compliance monitoring shows that the remedy has not addressed Plaintiffs' claims. The parties' attorneys have been meeting with Judge John Ott every Friday morning at 8:00 AM to report on the progress of the studies. Judge Ott has been instrumental in keeping the case moving.

## II.    Litigation

Per this Court's suggestion in chambers, this litigation is on hold while mediation efforts are underway. Per this Court's Order, Defendants have provided financial documents to Judge Ott that were produced to the Environmental Protection Agency. Doc. 65. Additionally, Defendants have preserved all communications from and to Defendant Jay Justice that were requested in Plaintiffs' request for production issued November 5, 2024, as requested by this Court. Doc. 65 Plaintiffs will seek this information if mediation fails.

Respectfully submitted this 27th day of May, 2026,

s/Sarah Stokes
ASB-1385-A55S
Ryan Anderson
ASB-7600-M22Y
Attorneys for Plaintiffs
Southern Environmental Law Center
2829 Second Ave. S., Ste. 282
Birmingham, AL 35233
(205) 745-3060
sstokes@selcal.org
randerson@selcal.org

s/Eva L. Dillard
ASB-4118-A59E

Attorney for Plaintiff
Black Warrior Riverkeeper, Inc.
710 37th Street South
Birmingham, AL 35222-3206
(205) 458-0095
edillard@blackwarriorriver.org

s/James V. Seal
ALSB No. 5376-E60S
Bluestone Resources, Inc.
302 S. Jefferson St.
Roanoke, VA 24011
(540) 759-2621

/s/ Steven Robert Ruby
Steven Robert Ruby
CAREY DOUGLAS KESSLER &
RUBY, PLLC
707 Virginia Street, #901
Charleston, WV 25301
 (304) 345-1234

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 27, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

s/Sarah Stokes<br>
Sarah Stokes<br>
One of the Attorneys for Plaintiffs